

STEVEN W. PITE (CA SBN 157537)
DAVID E. McALLISTER (CA SBN 185831)
KATHERINE L. JOHNSON (CA SBN 259854)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177
Telephone: (858)750-7600
Facsimile: (619) 590-1385

**IT IS SO ORDERED.**
**Signed September 28, 2009**

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

_____

Attorneys for US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-4

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>JOEL VITUG ACEBU AND MARIA ELENA RAMIREZCARPIOACEBU,<br><br><br><br><br><br>Debtor(s). | Case No. 08-56085-ASW<br><br>Chapter 13<br><br>R.S. No. KLJ-172<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY<br><br>DATE: August 18, 2009<br>TIME: 2:00 PM<br>CTRM: 3020<br><br>Northern District of California - San Jose Division<br>United States Bankruptcy Court<br>280 S 1st St. #3035<br>San Jose, CA 95113-3004 |

The above-captioned matter came on for hearing on August 18, 2009, at 2:00 PM, in Courtroom 3020, upon the Motion of US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-4 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Joel Vitug Acebu and Maria Elena RamirezCarpioAcebu ("Debtors") commonly known as 2059 Fred Brown Drive, Las Vegas, Nevada 89106 (the "Real Property"), which is legally described as follows:

PARCEL I: LOT 5 IN BLOCK 4 OF WHISPERING TIMBERS, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 95, OF PLATS, PAGE 6 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL II: A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS, USE AND ENJOYMENT AS SET FORTH IN THE DECLARATION OF RESTRICTIONS RECORDED JULY 6, 2000 IN BOOK 20000706 AS DOCUMENT NO. 01621, OFFICIAL RECORDS.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 10-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Upon entry of this Order, the Chapter 13 Trustee shall cease making payments in regard to Movant's claim filed in this bankruptcy case;

7. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case;

8. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and

9. A Notice of Default has not yet been recorded.

DATED: September 11, 2009          /s/ Leela Menon
                                   LEELA MENON
                                   ATTORNEY FOR DEBTOR(S)

** END OF ORDER **

**COURT SERVICE LIST**

**ATTORNEY FOR MOVANT**

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177

**DEBTOR(S)**

Joel Vitug Acebu
1575 Laurelwood Crossing Place
San Jose, CA 95138

Maria Elena RamirezCarpioAcebu
420 S. Fair Oaks Ave.
Sunnyvale, CA 94086

**DEBTOR(S) ATTORNEY**

David A. Boone
Law Offices of David A. Boone
1611 The Alameda
San Jose, CA 95126

**CHAPTER 13 TRUSTEE**

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

**U.S. TRUSTEE**

U.S. Trustee
Department of Justice
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

**CO-BORROWER(S)**

Evangeline V. Acebu
Valentin D. Acebu, Jr.
2059 Fred Brown Drive
Las Vegas, NV 89106

- 4 -

Case: 08-56085    Doc# 28    Filed: 09/28/09    Entered: 09/28/09 14:21:06    Page 4 of 4